

# Fourth Court of Appeals
## San Antonio, Texas

July 18, 2018

No. 04-18-00397-CV

**MPII, INC.** dba Mission Park Funeral Chapels and Cemeteries,
Appellant

v.

Timothy **MOTT**, Sharlotte Mott, and Jonathan Mott,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI00572
Honorable Norma Gonzales, Judge Presiding

## ORDER

On June 13, 2018, appellant filed its notice of appeal. On July 16, 2018, one of the court reporters responsible for preparing part of the reporter's record in this appeal, Mary Oralia Berry, filed a notification of late record, stating that the appellant has failed to pay or make arrangements to pay the fee for preparing the reporter's record.

We, therefore, ORDER appellant to provide written proof to this court **within ten (10) days** of the date of this order that either (1) the reporter's fee due to Ms. Berry has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due within thirty days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require this part of the reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

On July 16, 2018, another court reporter responsible for preparing part of the reporter's record in this appeal, Tracy Plummer, filed a notification of late record, stating that she needed an extension of time to August 16, 2018, to complete her part of the reporter's record. The extension is GRANTED. The part of the reporter's record being prepared by Ms. Plummer is due on **August 16, 2018**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of July, 2018.



KEITH E. HOTTLE,
Clerk of Court